[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
JAN 14, 2009
THOMAS K. KAHN
CLERK

_____

No. 08-12921
Non-Argument Calendar
_____

D. C. Docket No. 93-08048-CR-KLR

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

COLEY QUINN,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(January 14, 2009)**

Before ANDERSON, HULL and KRAVITCH, Circuit Judges.

PER CURIAM:

This court sua sponte vacates and withdraws its previous opinion in this

case. The panel will hold decision in this case in abeyance pending the resolution of <u>United States v. Davis</u>, No. 08-12321, which is scheduled for oral argument on February 4, 2009.